STEVEN H. ROSENBAUM
R. TAMAR HAGLER, Bar No. 189441
NANCY F. LANGWORTHY
Nancy.Langworthy@usdoj.gov
ERIN MEEHAN RICHMOND
United States Department of Justice
950 Pennsylvania Avenue, N.W. – G Street
Washington, D.C. 20530
Telephone: (202) 616-8925

ANDRE BIROTTE JR.
LEON W. WEIDMAN, Bar No. 104078
ROBYN-MARIE LYON MONTELEONE, Bar No. 130005
Robby.Monteleone@usdoj.gov
United States Attorney's Office, Central District of California
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213) 894-2458
*Attorneys for Plaintiff United States of America*

CHRISTOPHER BRANCART, Bar No. 128475
cbrancart@brancart.com
ELIZABETH BRANCART, Bar. No. 122092)
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
Telephone: (650) 879-0141
*Attorneys for Plaintiffs Rajeeyah Bilal-Varney, et al.*

RICHARD T. EGGER, Bar No. 162581
LAURA L. CRANE, Bar No. 238246
Laura.Crane@bbklaw.com
VALERIE D. ESCALANTE, Bar No. 281386
BEST BEST & KRIEGER LLP
2855 East Guasti Road, Suite 400
Ontario, CA  91761
Telephone: (909) 989-8584
*Attorneys for Defendant City of San Jacinto*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN JACINTO, CALIFORNIA,<br><br>    Defendant. | Case No.  5:12-cv-01966-TJH(DTBx)<br>Consolidated with Case No.<br>ED CV 12-02191-TJH (DTBx)<br><br>**JOINT STIPULATION RE CONTINUANCE OF FINAL PRETRIAL CONFERENCE DATE** |

1  RAJEEYAH BILAL-VARNEY, YVONNE CARTER, AURORA BELTRAN, and DEIRDRA HAMPTON,

    Plaintiffs,

    v.

    CITY OF SAN JACINTO, CALIFORNIA,

    Defendant.

## JOINT STIPULATION RE CONTINUANCE OF FINAL PRETRIAL CONFERENCE DATE

On February 22, 2013, the Court entered an Order setting the Final Pretrial Conference in the above-entitled case Rajeeyah Bilal-Varney, et al. v. City of San Jacinto for June 10, 2013 at 10:00 a.m. (Docket No. 17). On February 26, 2013, the Court entered an Order setting the Final Pretrial Conference in the above-entitled case United States of America v. City of San Jacinto for June 10, 2013 at 10:00 a.m. (Docket No. 11). That same day, the Court entered an Order consolidating these cases for all purposes, except for trial. (Docket No. 18 (Private Plaintiffs' case); Docket No. 14 (U.S.A.'s case)).

Counsel for the Parties, having discussed the scope of this action and having filed their Joint Report pursuant to Federal Rule of Civil Procedure 26 (f) (Docket No. 20), believe that this litigation involves a wide breadth of matters to be covered by discovery, motion practice, and pre-trial work, *i.e.*, number of potential witnesses, the extended years covered by the complaint, and the volume of documents to be reviewed.

Consequently, the Counsel for the Parties believe that efficiency would best be served if the Final Pretrial Conference date were to be extended from June 10, 2013 to July 30, 2014. Included within the Parties' Joint Report, the Parties submitted a proposed schedule for discovery, settlement/mediation, dispositive motions, and trial. The Parties are operating under this proposed schedule:

| | |
|---|---|
| Complete initial written discovery by | May 31, 2013 |
| Conduct informal settlement discussion on or before | June 14, 2013 |
| Conduct lay depositions | June – December 2013 |
| Conduct private mediation by | October 2013 |
| Exchange expert reports by | January 13, 2014 |
| Exchange rebuttal expert reports by | March 14, 2014 |
| Conduct expert depositions | February – April 2014 |

| | |
|---|---|
| Discovery cut-off | April 30, 2014 |
| Dispositive motion filing cut-off | May 30, 2014 |
| Dispositive motion hearing cut-off | July 1, 2014 |
| Pretrial conference | July 30, 2014 |
| Trial | September 2014 |

*See* Joint Report, p. 3. Granting an extension of the Final Pretrial Conference date would ensure that the Parties complete all discovery, motion practice, and pretrial work in advance of the Final Pretrial Conference.

Accordingly, the Parties stipulate, and respectfully request, that the Court enter an Order continuing the Final Pretrial Conference date from June 10, 2013 to July 30, 2014, or to a date thereafter better suited for the Court.

**SO STIPULATED AND AGREED.**

Pursuant to Local Rule 5-4.3.4, by my signature below I, Valerie D. Escalante, attest that all other signatories concur in this filing's content and have authorized this filing.

Dated: May 9, 2013          BEST BEST & KRIEGER LLP


By: /s/ Valerie D. Escalante
    RICHARD T. EGGER
    JEFFREY S. BALLINGER
    LAURA L. CRANE
    VALERIE D. ESCALANTE
    *Attorneys for Defendant San Jacinto, California*

| | | |
|---|---|---|
| 1 | Dated: May 9, 2013 | UNITED STATES DEPARTMENT OF JUSTICE AND UNITED STATES ATTORNEY'S OFFICE |
| 2 | | |

```
Dated:  May 9, 2013            UNITED STATES DEPARTMENT OF JUSTICE
                               AND UNITED STATES ATTORNEY'S OFFICE


                               By:  /s/ Nancy F. Langworthy
                                  STEVEN H. ROSENBAUM
                                  R. TAMAR HAGLER
                                  NANCY F. LANGWORTHY
                                  ERIN MEEHAN RICHMOND
                                  United States Department of Justice
                                  ANDRE BIROTTE, JR.
                                  LEON W. WEIDMAN
                                  ROBYN-MARIE LYON MONTELEONE
                                  United States Attorney's Office
                                  Attorneys for Plaintiff United States of
                                  America

Dated:  May 9, 2013            BRANCART & BRANCART


                               By:  /s/ Elizabeth Brancart
                                  CHRISTOPHER BRANCART
                                  ELIZABETH BRANCART
                                  Attorneys for Plaintiffs Rajeeyah Bilal-Varney,
                                  et al.
```

- 3 -