IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>         Plaintiff, )<br>  )<br>     v. )<br>  )<br>CITY OF SAN JACINTO, CALIFORNIA )<br>  )<br>         Defendant. )<br>_____) | Case No. 5:12-cv-01966-TJH-DTBx |
| )<br>RAJEEYAH BILAL-VARNEY, )<br>YVONNE CARTER, and AURORA )<br>BELTRAN, )<br>  )<br>  )<br>         Plaintiffs, )<br>  )<br>     v. )<br>  )<br>CITY OF SAN JACINTO, )<br>a California municipal )<br>corporation, )<br>  )<br>         Defendant. )<br>_____) | Case No. EDCV 12-02191-TJH(DTBx) |

**PROTECTIVE ORDER REGARDING
DISCLOSURES OF CONFIDENTIAL MATERIAL**

Upon consideration of the Parties' Stipulation Regarded Disclosures of Confidential Material, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the parties will exchange and use Confidential Material subject to the terms and limitations specified in the Parties' Stipulation Regarding Disclosures of Confidential Material, and

IT IS FURTHER ORDERED that pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a(b)(11), the United States is authorized to release Records containing Privacy Act-protected information, without obtaining prior written consent of the individuals to whom the Records pertain, pursuant to the terms

1 specified in the Parties' Stipulation Regarding Disclosures of Confidential Materials.

2       IT IS SO ORDERED this 20th day of September, 2013.

*Terry J. Hatter, Jr.*

_____
THE HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE