1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JACINTO, CALIFORNIA,<br><br>Defendant. | Case No. 5:12-cv-01966-TJH(DTBx)<br>Consolidated with Case No.<br>ED CV 12-02191-TJH (DTBx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [JS-6]** |
| RAJEEYAH BILAL-VARNEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JACINTO, CALIFORNIA,<br><br>Defendant. | ED CV 12-02191-TJH (DTBx) |

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL WITH PREJUDICE** |
| 2 | |

# ORDER OF DISMISSAL WITH PREJUDICE

This is a matter involving allegations of pattern or practice discrimination on the basis of disability in violation of the Fair Housing Act, as amended, 42 U.S.C. §§ 3601, *et seq.* (the FHA), and Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131, *et seq.* (the ADA) against the City of San Jacinto, California. Plaintiff United States initiated the action on November 9, 2012 (Dkt. 1), and private plaintiffs, Rajeeyah Bilal-Varney, *et al.*, filed a separate complaint alleging similar claims on December 12, 2012. The Court entered an order consolidating the two actions for all purposes except trial on February 26, 2012. (Dkt. 14).

On June 16, 2014, the Court entered an Amended Consent Decree with a five-year term in the matter requiring Defendant City of San Jacinto to comply with its provisions. (Dkt. 39). The Decree expired on its terms on June 16, 2019. *Id.* at ¶ 45. For that reason, and because the parties agreed in their Stipulation of Dismissal that Defendant City of San Jacinto achieved and sustained full compliance with the Decree during its term (Dkt. 62), the Court hereby dismisses this action with prejudice.

Dated: June 18 , 2019

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

UNITED STATES DEPARTMENT OF JUSTICE


  */s/ Nancy F. Langworthy*
SAMEENA SHINA MAJEED
JON M. SEWARD
NANCY F. LANGWORTHY
ANDREA K. STEINACKER
Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U. S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 616-8925
Fax: (202) 514-1116
Nancy.Langworthy@usdoj.gov
*Attorneys for Plaintiff United States of America*

BRANCART & BRANCART


  */s/ Christopher Brancart*
CHRISTOPHER BRANCART
ELIZABETH BRANCART
Brancart & Brancart
P.O. Box 686
Pescadero, CA 94060
Phone: (650) 879-0141
cbrancart@brancart.com
*Attorneys for Plaintiffs Rajeeyah Bilal-Varney, et al.*


BEST BEST & KRIEGER LLP


  */s/ Richard T. Egger*
RICHARD T. EGGER
Best Best & Krieger
2855 E. Guasti Road, Suite 400
Ontario, CA 91761
Phone: (909) 483-6644
Richard.Egger@bbklaw.com
*Attorney for Defendant San Jacinto, California*